## BUCK'S STOVE & RANGE COMPANY *v.* AMERICAN FEDERATION OF LABOR.

## AMERICAN FEDERATION OF LABOR *v.* BUCK'S STOVE & RANGE COMPANY.

### APPEALS FROM THE COURT OF APPEALS OF THE DISTRICT OF COLUMBIA.

Nos. 190, 394.    Argument commenced January 27, 1911.    The court declined to hear further argument.

Appeals dismissed without costs to either party, it having developed from statements of counsel for both parties that the cases had become purely moot because of the settlement between the parties of every material controversy which the record presented.

THE facts are stated in the opinion.

*Mr. Daniel Davenport* and *Mr. J. J. Darlington* for The Buck's Stove & Range Company.

*Mr. Jackson H. Ralston, Mr. F. L. Siddons* and *Mr. William E. Richardson* for The American Federation of Labor *et al.*

*Per Curiam:* When these cases were reached for hearing and after the argument had materially progressed, it developed from statements made by counsel for both parties that the cases had become purely moot because of the settlement between the parties of every material controversy which the record presented. On the disclosure of this situation further argument was dispensed with; and for the reason which led to that action, that is, as we have said, that the controversies between the parties had become in all respects moot, the appeals must be dismissed. *Richardson* v. *McChesney*, 218 U. S. 487, 492, and cases cited. Appeals dismissed, without costs to either party.